Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN E. MANIX, Respondent, v. ALFRED FANTL and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EASTERN OPTICAL COMPANY, INC., v. GENERAL OPTICAL COMPANY, INC., and MICHAEL WOOLF.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDA BURSTON v. SAM KAPLAN and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. W. G. POWELL v. HOME SEEKERS REALTY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN B. SCARPELLI and Another, Copartners, etc., v. MATHIAS RAPORT, Doing Business, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

45 EAST 57TH STREET CO., INC., v. CHARLES P. BEILING.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOSES EISEN v. NEW YORK YELLOW CAB CO. SALES AGENCY, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLAIRE SUGG v. GEORGE WANDLING.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH EGYED v. LEHIGH VALLEY RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, v. MARY (Also Known as MARIE) WAGNER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Morrell, Martin, O'Malley and Proskauer, JJ.

WALTER FEDER, an Infant, etc., v. AMBASSADOR HOLDING CORPORATION and Another, Impleaded, etc. ISIDORE FEDER v. AMBASSADOR HOLDING CORPORATION and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BORIS N. SOKOLOFF v. THE NATIONAL CITY BANK OF NEW YORK.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY A. LANGE & CO., INC., v. JOSEPH READER and Another.— Motion for leave to appeal or for a reargument denied, with ten dollars costs. Motion for stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB WANG v. HYMAN RESSLER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB WANG v. HYMAN RESSLER.— Motion for stay granted pending application to the Court of Appeals, upon appellant's filing undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.